122 A.3d 988

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. PATRICK MCFARLANE, DEFENDANT–
PETITIONER.

October 9, 2015.

It is ORDERED that the petition for certification is granted, limited to the issue of defendant's sentence.